UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO:

RAINFOREST SEAFOODS SVG LIMITED f/u/b/o CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON subscribing to insurance policy B1000P071562026,

Plaintiff,

vs.

KING OCEAN SERVICES, LTD.,

Defendant.
_________________________________/

**COMPLAINT**

COMES NOW the Plaintiff, RAINFOREST SEAFOODS SVG LIMITED f/u/b/o CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, subscribing to insurance policy B1000P071562026, by and through the undersigned attorneys and sues the Defendant, KING OCEAN SERVICES, LTD., and alleges that:

1. This is a claim of Admiralty and Maritime Jurisdiction as hereinafter more fully appears, and is an Admiralty and Maritime Claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The Plaintiff, RAINFOREST SEAFOODS SVG LIMITED (hereinafter referred to as "RAINFOREST") is a foreign company located in St. Vincent & the Grenadines and was the owner, shipper and insured of the cargo described herein.

3. The use Plaintiff, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON (hereinafter "UNDERWRITERS") is comprised of certain insurance syndicates subscribing to policy B1000P071562026, and was and is the insurer of the shipment described herein, against whom claims have been presented and paid, and is subrogated thereto and brings this action on its own behalf and as agent and trustee on the behalf of, all parties that may be or may be interested in said shipment as their respective interests may ultimately appear, and is entitled to maintain this action.

4. UNDERWRITERS were the cargo insurers for RAINFOREST at all times material hereto and paid its insured for the losses suffered, and therefore has become subrogated to its insureds' rights, however those rights may appear.

5. The Defendant, KING OCEAN SERVICES, LTD., (hereinafter "KING OCEAN") is a foreign corporation, doing business in Miami, Dade County, Florida as a common carrier of merchandise-by-water-for-hire and at all times material hereto was the ocean carrier of the subject cargo hereinbelow described.

6. Pursuant to a forum selection clause in the terms and conditions of KING OCEAN's bill of lading, all lawsuits must be filed against it in the Federal Court for the Southern District of Florida.

7. On or about November 19, 2025, the Defendant, KING OCEAN, accepted Container #SEGU-950487-1 consisting of 480 boxes of frozen conch for transportation from Kingstown, Saint Vincent and the Grenadines to Port Everglades, Florida.

8. At the time of receipt by the Defendant of the subject container, said cargo was in good order and sound condition as evidenced by the Bill of Lading issued without exceptions. See Exhibit "A" attached hereto.

9. The subject container and cargo arrived at destination on or about November 25, 2025 with damages which occurred during transportation while in the care, custody and control of the Defendant.

10. More specifically, the subject cargo was received at destination with damages due to high temperature abuse of highly perishable refrigerated cargo.

11. As a result of the damage, RAINFOREST made a claim to its insurer, CERTAIN UNDERWRITERS, and CERTAIN UNDERWRITERS paid its insured for the losses suffered and became subrogated to its insureds' rights therein.

12. More specifically, CERTAIN UNDERWRITERS have become contractually subrogated to the rights of its insured pursuant to a written Subrogation Form. See Exhibit "B" attached hereto.

13. The Plaintiff has been damaged in the principal amount in excess of Two Hundred Fifteen Thousand Five Hundred Sixty-One and 00/100 ($215,561.00).

14. The Plaintiff has complied with all conditions precedent to the bringing of this action.

**COUNT I – US COGSA**

The Plaintiffs reallege and repeat paragraphs 1 through 14 as if set forth herein at length and allege further that:

15. The subject shipment originated outside the United States and was delivered to destination at Port Everglades Florida, within the United States, such that the United States Carriage of Goods by Sea Act ("COGSA") governs this action.

16. The Defendant contracted and agreed to deliver said cargos in the same good order and condition as when received and as evidence of that agreement, Defendant, KING OCEAN issued its Bill of Lading #KOSLSTVPEV00812 without exception. See Exhibit "A".

17. The Defendant breached its contract of carriage by failing to deliver the cargo in the same good order and condition as when received.

18. As a result thereof, the Plaintiff suffered damages and made an insurance claim to UNDERWRITERS, who in turn paid the insured's claim for which Plaintiff now seeks conventional and/or equitable subrogation and recovery herein for damages in the principal amount in excess of Two Hundred Fifteen Thousand Five Hundred Sixty-One and 00/100 ($215,561.00).

19. The Plaintiff reserves the right to amend this amount at the time of trial.

**WHEREFORE**, the Plaintiff, RAINFOREST SEAFOODS SVG LIMITED f/u/b/o CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, subscribing to insurance policy B1000P071562026, prays that judgment be entered against the Defendant, KING OCEAN SERVICES, LTD., in favor of the Plaintiff in the for an amount in excess of Two Hundred Fifteen Thousand Five Hundred Sixty-One and 00/100 ($215,561.00), plus related fees, charges and expenses, or as otherwise determined by this Court together with prejudgment interest, costs, and such other relief as this Court may deem just and proper.

Miami, Florida
November 17, 2026

MICHAEL C. BLACK, P.A.
*Attorneys for Plaintiff*
Dadeland Square at the Greenery Mall
7700 North Kendall Drive, Suite 305
Miami, Florida 33156
Tel.: (305) 271-8301
Fax: (305) 271-8302

/s/ Michael C. Black

By: ______________________________

MICHAEL C. BLACK, ESQUIRE
F.B.N.: 0056162
mblack@marlaw.com